USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1366 UNITED STATES, Appellee, v. PASQUALE MUNAFO, A/K/A PAT, A/K/A FAT PAT, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Reginald C. Lindsay, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges. ______________ ____________________ John Wall on brief for appellant. _________ Donald K. Stern, United States Attorney, James C. Rehnquist and _______________ ___________________ Ernest S. Dinisco, Assistant United States Attorneys, on brief for __________________ appellee. ____________________ October 14, 1997 ____________________ Per Curiam. Upon careful review, we perceive no clear __________ error in the district court's determination of the amount of loss. Further, no improper double counting occurred in adjusting appellant's sentence both for his managerial role in the offense under U.S.S.G. 3B1.1(b), as well as for his business of receiving and selling stolen property under U.S.S.G. 2B1.1(b)(4)(B). See United States v. Reeves, 83 ___ _____________ ______ F.3d 203, 208 (8th Cir. 1996). Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-